# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FENG CHEN,

                Petitioner,

    v.

DAVID MARIN, et al.,

                Respondents.

Case No. 5:25-cv-03306-SK

**JUDGMENT**

Pursuant to the Order Granting the Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Feng Chen (a.k.a. "Jason Chan") is to be released from the custody of Immigration and Customs Enforcement immediately under appropriate conditions of supervision.

DATED: March 12, 2026

_____
STEVE KIM
United States Magistrate Judge